MINUTE ENTRY
AFRICK, J.
August 12, 2009
JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUROCEANICA (UK) LTD. | CIVIL ACTION |
| versus | No. 09-5483 |
| WAM SINGAPORE PRIVATE LIMITED, ET AL. | SECTION: "I"/2 |

A conference was held on this date in chambers regarding defendants' motion to vacate Rule B attachment. Participating were:

> BRENDHAN THOMPSON, Esq.,
> DAVID BLAND (By telephone), Esq. and
> LAURIE CLARK, Esq.

**IT IS ORDERED** that the motion to vacate the attachment is **DENIED** in light of Fifth Circuit precedent allowing attachment when the defendant cannot be served in the actual district as opposed to the state. *LaBanca v. Ostermunchner*, 664 F.2d 65, 68 (5th Cir. 1981)("[W]e believe that Supplemental Rule B(1) allows maritime attachment whenever a defendant cannot be served with process within the particular district, regardless of the presence of an authorized agent in another district of the same state."); *see also Katerina Navigation Co. v. United Orient & Atl. Lines, Ltd.*, No. 02-2677, 2002 WL 31365200, at *2 n. 1 (E.D. La. Oct. 17, 2000)(Fallon, J.).

**IT IS FURTHER ORDERED** that the motion to dismiss the complaint is **DENIED** as defendants have not adequately briefed the issue.

New Orleans, Louisiana, August 13th, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**